PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **JOSE MARIA URRUTIA-VALLE** ) <br> ) | **Docket Number: 1:09CR00015-1 LJO** |

On February 8, 2008, the above-named was placed on Supervised Release for a period of five years.

On May 7, 2009, this office was notified by the Department of Public Health in Fresno, California that Releasee was confirmed dead by Jeffrey Gentry on May 5, 2009, (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON
United States Probation Officer**

Dated:   June 11, 2009
         Fresno, California
         RCT

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                  **HUBERT J. ALVAREZ
                  Supervising United States Probation Officer**

1

**Re:   JOSE MARIA URRUTIA-VALLE**
         **Docket Number:  1:09CR00015-1 LJO**
         **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
         **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Releasee Jose Maria Urrutia-Valle is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.


(Notification copy on file)

cc:    AUSA - Mark E. Cullers
         FLU Unit - United States Attorney's Office
         Fiscal Clerk - Clerk's Office

IT IS SO ORDERED.

**Dated:   June 12, 2009**                  /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

2

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG